

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~WILLIAM~~
~~XXXXXXXXXXXXXX~~
ATTORNEY GENERAL

Hon. D. Leon Harp
Securities Commissioner
Secretary of State's Office
Austin, Texas

Dear Sir:

Opinion No. O-1629

Re: Travèling expenses of Securities
Commissioner to atteñd conference
of State's Securities Commissioners
in Chicago, February 19th and
20th, 1940.

We have your request for an opinion on the above subject, dated February
14th and also a copy of your report to the Secretary of State, dated
February 23rd, wherein you summarize your conclusions relating to various
types of securities which may be offered for registration in Texas which
conclusions and recommendations arrived at after conference with other
conferees, are to be used in determining the future policies of your
department, You have advised the writer that this conference was arranged
by mutual agreement among the five persons attending same, being yourself,
the Securities Commissioners of the respective states of Minnesota, Illinois
and Florida, and the field secretary of the American Investment Bankers
Association.

It is our opinion that the object of this conference is clearly a State
purpose. Nor do we believe that the conference constitutes a "convention"
as that word is used in the general rider to Senate Bill 427 of the 46th
Legislature.

Yours very truly

APPROVED MAR. 12, 1940
s/GERALD C. MANN
ATTORNEY GENERAL OF TEXAS
THIS OPINION CONSIDERED
AND APPROVED IN LIMITED
CONFERENCE

ATTORNEY GENERAL OF TEXAS

s/ Walter R. Koch

by
    Walter R. Koch
       Assistant

WRK: aw